UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 JAN 26 PM 12: 43

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FRANCISCO BELTRAN-VALDEZ (1),<br><br>                    Defendant. | CASE NO. 10CR2318-BEN<br><br>JUDGMENT OF DISMISSAL |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense of the Information: **TITLE 8 U.S.C §1326(a) and (b)**.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 25, 2011

_____
HON. ROGER T. BENITEZ
UNITED STATES DISTRICT JUDGE